774

■ PAUL EDWARDS, Also Known as FRED SEIDENBERG, v. ANNA M. KROSS, as Commissioner of Correction of the City of New York.— Motion for an order directing respondent to correct jail time and for other relief dismissed for lack of jurisdiction. If so advised, the petitioner may apply for such relief to the Supreme Court, Bronx County. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.